Julian R. Murray, Jr., Michael H. Ellis, Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, L.L.P., Metairie, LA, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

David Warren appeals from the order of the district court denying his motion to revoke the magistrate judge's denial of release pending trial. The denial of release pending trial is supported by the evidence of record and the district court's order was not an abuse of discretion. *See United States v. Rueben,* 974 F.2d 580, 586 (5th Cir.1992).

AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Russell Kenton COLEMAN, Defendant–Appellant.**

**No. 08–41325**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 21, 2010.

Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, Tracey M. Batson, Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Esq., Assistant Federal Public Defender, Office of the Federal Defender, Frisco, TX, Bernard John Shealy, Federal Defender's Office, Beaumont, TX, G. Patrick Black, Federal Public Defender, Amy R. Blalock, Attorney, Federal Defender's Office, Tyler, TX, for Defendant–Appellant.

Russell Kenton Coleman, Oakdale, LA, pro se.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Russell Kenton Coleman has

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Coleman has filed a response. Our independent review of the record, counsel's brief, and Coleman's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Coleman's motion to proceed pro se on appeal is DENIED.